IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nathan Brelsford, | No. CV-16-01498-PHX-NVW |
| Plaintiff, | **ORDER** |
| v. | |
| CMRE Financial Services, Inc., | |
| Defendant. | |

The Court having been notified that this matter has settled (Doc. 14);

IT IS HEREBY ORDERED resetting the Rule 16 Scheduling Conference from October 13, 2016 to November 9, 2016 at 1:30 p.m.

IT IS FURTHER ORDERED affirming all other orders contained within the Court's Order Setting Rule 16 Scheduling Conference (Doc. 10).

Dated this 23rd day of September, 2016.

Neil V. Wake
Senior United States District Judge