IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nathan Brelsford,<br><br>              Plaintiff,<br><br>v.<br><br>CMRE Financial Services, Inc.,<br><br>              Defendant. | No. CV-16-01498-PHX-NVW<br><br>**ORDER** |

Pursuant to the parties' Stipulation for Dismissal with Prejudice (Doc. 16), and good cause appearing,

IT IS HEREBY ORDERED granting the parties' Stipulation (Doc. 16).

IT IS FURTHER ORDERED vacating the Rule 16 Scheduling Conference set for November 9, 2016 at 1:30 p.m.

IT IS FURTHER ORDERED dismissing this matter in its entirety with prejudice, with each party to bear their own attorney's fees and costs.

Dated this 3rd day of November, 2016.

_____
Neil V. Wake
Senior United States District Judge